In the Matter of ENRIQUE RIVERA, Respondent, v NEIL JON FIRE-TOG, as Justice of the Supreme Court of the State of New York, Respondent, and CHARLES J. HYNES, as District Attorney, Appellant.

Submitted September 8, 2008; decided September 11, 2008

Motion by New York State Association of Criminal Defense Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

CHRISTOPHER SELLETTI, Respondent, v THOMAS F. LIOTTI, Appellant.

Submitted July 7, 2008; decided September 11, 2008

Motion for leave to appeal dismissed upon the ground that appellant has failed to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2).

SYNDICATED COMMUNICATION VENTURE PARTNERS IV, LP, Appellant, v BAYSTAR CAPITAL, L.P., Now Known as NORTHBAY OPPORTUNITIES, L.P., et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted September 2, 2008; decided September 11, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.